**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| BRENDA WHITTAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AWESOME REI, LLC, a South Carolina limited liability company, and PATRICK RIDDLE, an individual,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-672-RMG |

**PLAINTIFF'S ANSWERS TO RULE 26.01 INTERROGATORIES**

(A)　State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: Plaintiff is unaware of any entity that may have a subrogation interest in this matter.**

(B)　As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiff requests a trial by jury for each claim in this action.**

(C)　State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: The Plaintiff is an individual, not a publicly owned company.**

1

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE: Defendants both reside in Mt. Pleasant, South Carolina, which is in this division. Moreover, a substantial part of the events giving rise to Plaintiff's claims occurred in this division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide:

(1) a short caption and the full case number of the related action;

(2) an explanation of how the matters are related; and

(3) a statement of the status of the related action.

**RESPONSE: This action is not related to any other matter, civil or criminal in the District of South Carolina.**

|  |  |
|---|---|
|  | **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated, |
| Dated: March 3, 2022 | By: /s/ Margaret A. Collins<br>One of Plaintiff' Attorneys |
|  | Margaret A. Collins, Esquire<br>meg@pslawsc.com<br>P.S.L.G., LLC d/b/a Palmetto State Law Group, LLC<br>2241 Bush River Road<br>Columbia, SC 29210<br>Office: (803) 708-7442<br>Facsimile: (803) 753-9352 |
|  | Taylor T. Smith (*pro hac vice* admission to be sought)<br>tsmith@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 907-7628<br>Facsimile: (303) 927-0809 |
|  | *Counsel for Plaintiff and the Putative Class* |