# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| BRENDA WHITTAKER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>AWESOME REI, LLC, a South Carolina limited liability company, and PATRICK RIDDLE, an individual,<br><br>        Defendants. | Case No. 2:22-cv-0672 RMG |

## NOTICE OF FILING AFFIDAVITS OF SERIVCE

By: /s/ Margaret A. Collins
One of Plaintiff' Attorneys

Margaret A. Collins, Esquire
meg@pslawsc.com
P.S.L.G., LLC d/b/a Palmetto State Law Group, LLC
2241 Bush River Road
Columbia, SC 29210
Office: (803) 708-7442
Facsimile: (803) 753-9352

Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*pro hac vice admission to be sought

*Counsel for Plaintiff and the Putative Class*

## AFFIDAVIT OF SERVICE

**State of South Carolina**          County of _____          **District Court**

Case Number: 2:22-CV-672-RMG

Plaintiff:
**Brenda Whittaker, individually and on behalf of all others similarly situated**

vs.

Defendant:
**Awesome REI, LLC, a South Carolina limited liability company, and Patrick Riddle, an individual**

For:
Woodrow & Peluso LLC
3900 East Mexico Ave.
Suite 300
Denver, CO 80210

Received by FALCON EXPRESS SERVICES, LLC to be served on **Patrick Riddle, 1322 Horseshoe Bend, Mt. Pleasant, SC 29464**.

I, Margaret B. Buchanan, being duly sworn, depose and say that on the **12th day of March, 2022** at **1:12 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION (TO PATRICK RIDDLE), SUMMONS IN A CIVIL ACTION (TO AWESOME REI, LLC), CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL and PLAINTIFF'S ANSWERS TO RULE 26.01 INTERROGATORIES** to: **Patrick Riddle** at the address of: **103 Palm Boulevard, Suite 1B, Isle of Palms, SC 29451**, in compliance with state statutes.

**Description** of Person Served: Age: 46, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 195, Hair: Light Brown, Glasses: N

Is the place of service the dwelling / usual place of abode for the party served? ( ) Yes (✓) No ( ) Unknown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 16th day of March, '22 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires: 4/29/29

Margaret B. Buchanan
Process Server

FALCON EXPRESS SERVICES, LLC
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: FES-2022001407

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

## AFFIDAVIT OF SERVICE

**State of South Carolina**     County of     **District Court**

Case Number: 2:22-CV-672-RMG

Plaintiff:
**Brenda Whittaker, individually and on behalf of all others similarly situated**

vs.

Defendant:
**Awesome REI, LLC, a South Carolina limited liability company, and Patrick Riddle, an individual**

For:
Woodrow & Peluso LLC
3900 East Mexico Ave.
Suite 300
Denver, CO 80210

Received by FALCON EXPRESS SERVICES, LLC to be served on **Awesome REI, LLC, 1322 Horseshoe Bend, Mt. Pleasant, SC 29464**.

I, Margaret B. Buchanan, being duly sworn, depose and say that on the **12th day of March, 2022** at **1:12 pm**, I:

served this **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION (TO PATRICK RIDDLE), SUMMONS IN A CIVIL ACTION (TO AWESOME REI, LLC), CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL and PLAINTIFF'S ANSWERS TO RULE 26.01 INTERROGATORIES** , to: **Patrick Riddle** as **Registered Agent** for **Awesome REI, LLC**, at the address of: **103 Palm Boulevard, Suite 1B, Isle of Palms, SC 29451**, in compliance with state statutes.

**Description** of Person Served: Age: 46, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 195, Hair: Light Brown, Glasses: N

Is the place of service the dwelling / usual place of abode for the party served? ( ) Yes (X) No ( ) Unknown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 16th day of March, '22 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires: 4/29/29



Margaret B. Buchanan
Process Server

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: FES-2022001408

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c