IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BRENDA WHITTAKER, individually and on behalf of all others similarly situated, | Civil Action No. 2:22-cv-00672-RMG |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| AWESOME REI, LLC, a South Carolina limited liability company, and PATRICK RIDDLE, an individual, | |
| Defendants. | |

The parties to this action hereby stipulate and agree as follows:

1.  Plaintiff filed this alleged class action against Defendants.

2.  Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiff against Defendants.

Plaintiff and Defendants further agree that each party is to bear his, her, or its own attorney's fees and costs.

Dated this 7th day of December, 2022.

[SIGNATURES ON FOLLOWING PAGE]

2

| WE SO STIPULATE: | WE SO STIPULATE: |
|---|---|
| PALMETTO STATE LAW GROUP, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |

By: s/ MARGARET A. COLLINS
    Margaret A. Collins, Esq.
    Federal Bar No. 7074
    E-Mail: meg@pslawsc.com
    2241 Bush River Road
    Columbia, SC 29210
    (803) 708-7442

    Taylor T. Smith, Esq. (*Admitted Pro Hac Vice*)
    Woodrow & Peluso, LLC
    3900 East Mexico Ave., Ste. 300
    Denver, CO 80210
    E-Mail: tsmith@woodrowpeluso.com
    (720) 907-7628

*Attorneys for Plaintiff*

By: s/ MERRITT G. ABNEY
    Merritt G. Abney
    Federal Bar No. 9413
    E-Mail: merritt.abney@nelsonmullins.com
    151 Meeting Street, Suite 600
    Charleston, South Carolina 29401
    (843) 853.5200

    B. Rush Smith III
    Federal Bar No. 5031
    E-Mail: rush.smith@nelsonmullins.com
    1320 Main Street / 17th Floor
    Columbia, SC 29201
    (803) 799-2000

*Attorneys for Defendants*